**Denied and Opinion Filed November 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-19-01425-CV

---

### IN RE THE TEXAN AND LIFESITENEWS.COM, Relators

---

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-09887**

---

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

Before the Court is relators' November 19, 2019 emergency petition for writ of mandamus and motion for emergency relief, and the responses of both real parties in interest. Based on the motion for recusal attached to the response of real party Anne Georgulas, as well as the statements in her response that the hearing scheduled for November 22, 2019 is cancelled, we deny without prejudice the emergency petition for writ of mandamus and the motion for emergency relief. *See In re Blevins,* 480 S.W.3d 542, 544 (Tex. 2013) (orig. proceeding).


/Lana Myers/
LANA MYERS
JUSTICE